# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

2014 DEC 18 A 11: 44

Plaintiff *pro se*

Kathleen Bersaw

139 Tully Brook Road

Richmond, NH 03470

thebersaws@ihmmedia.net

v.

Northland Group Inc.

CEO Lance Black

7831 Glenroy Road – Suite 250

PO Box 390846

Edina, MN 55439-0846

Case No.14-cv-329-SM

## NOTICE OF DISMISSAL

Plaintiff hereby notifies the Court that the Defendant and the Plaintiff have signed an agreement and release dated December 17, 2014 and pursuant to that agreement the Plaintiff hereby dismisses, with prejudice and with all costs to be paid by the parties themselves, all counts in this case.

### ATTESTATION

I hereby certify that a copy of this DISMISSAL was e-mailed to the defendant's Attorney of Record, as per his instructions, on the same day that this DISMISSAL was mailed via US first class mail to the Court.

Dismissal of FCRA case

Signed by:

*Kathleen Bersaw* 12/17/14

Kathleen Bersaw

Kathleen Bersaw
139 Tully Brook Road
Richmond, NH 03470
Plaintiff, *in propria persona*.

Dismissal of FCRA case